JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LAMONT JOHNSON, | Case No. CV 14-01244 VAP (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA MR. IVES, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

DATED: February ___, 2014

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE